THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Roddrekius M.
 Grimmage, Appellant.
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2008-UP-500
Submitted September 2, 2008  Filed
 September 5, 2008
AFFIRMED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, South Carolina
 Commission on Indigent Defense, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Norman Mark Rapoport, all of Columbia; and Solicitor
 John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Roddrekius
 M. Grimmage appeals from his conviction
 for first-degree burglary, arguing the trial court erred by failing to direct a
 verdict in his favor.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: State v. Adams,
 354 S.C. 361, 380, 580 S.E.2d 785, 795 (Ct. App. 2003) (holding arguments not
 raised to and ruled upon by the trial court are not preserved for appellate
 review, and a defendant may not argue one ground below and another on appeal).
AFFIRMED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.